IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATRENT REDRICK, et al. | ) | CASE NO.: |
| Plaintiffs | ) | |
| v. | ) | JUDGE |
| CITY OF AKRON, et al. | ) | **NOTICE OF REMOVAL** |
| Defendants | ) | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

1. On September 30, 2018, Plaintiffs Latrent Redrick and Jamon Pruiett, commenced an action in the Summit County Court of Common Pleas, Case No. CV 2018-10-4048, entitled "Latrent Redrick, et al. v. The City of Akron, et al". The Complaint alleges causes of action under 42 U.S.C. §1983 for Malicious Prosecution (Fifth Claim), 42 U.S.C. §1983 for Unconstitutional Seizure (Sixth Claim) and 42 U.S.C. §1983 for Municipal Liability (Seventh Claim). This action is wholly of a civil nature of which this Court has original jurisdiction under the provisions of 28 U.S.C. §1343(a)(3) and/or 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a) as being a civil action involving a claim or claims over which this Court has original jurisdiction and involving a claim or right arising under the Constitution, treaties or laws of the United States, all of which more fully appears in the Plaintiffs' Complaint, a copy of which is attached hereto and incorporated herein by reference.

2. The action also contains certain pendent state law claims over which this Court has jurisdiction under 28 U.S.C. §1367 (First Claim, Second Claim, Third Claim and Fourth Claim).

3. A copy of the Summons and Complaint was served on the City of Akron, John Turnure, Utomhin Okoh, and Scott Lietke on October 4, 2018.

4. Defendants attach as Exhibit A, copies of the Summons and Complaint served on Defendants.

5. All Defendants served herein consent to this Notice of Removal.

WHEREFORE, Defendants pray that the case presently pending in the Summit County Court of Common Pleas against them be removed to this Court and proceed herein according to law.

Respectfully submitted,

EVE V. BELFANCE
Director of Law


/S/ John Christopher Reece
John Christopher Reece – No. 0042573
Michael J. Defibaugh – No. 0072683
Assistant Directors of Law
161 S. High Street, Suite 202
Akron, OH  44308
(330) 375-2030 FAX: (330) 375-2041
Emails: JReece@akronohio.gov
           MDefibaugh@akronohio.gov

## PROOF OF SERVICE

This is to certify that on this 1st day of November, 2018, a true copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/John Christopher Reece
John Christopher Reece – No. 0042573
