# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **LATRENT REDRICK** and **JAMON PRUIETT**, <br><br> Plaintiffs, <br><br> -vs- <br><br> **CITY OF AKRON, et al**., <br><br> Defendants. | CASE NO. 5:18 CV 02523 <br><br> JUDGE JOHN R. ADAMS <br><br><br> **JOINT MOTION TO HOLD IN ABEYANCE PRETRIAL DEADLINES** |

  Parties, by and through counsel, jointly respectfully move the Court to hold in abeyance the pretrial deadlines set forth in the Court's Trial Order (Dkt. 25) of January 2, 2020. Defendants filed their Motion for Summary Judgment (Dkt. 23) on December 6, 2019. The Summary Judgment is fully briefed. The Court has yet to make a ruling. Defendants have indicated that, should their Motion for Summary Judgment be denied, they intend to file an appeal.

  In the interest of judicial economy, the parties move to hold in abeyance the pretrial deadlines set forth in the Court's Trial Order. The parties ask this Court that this hold be extended until the Motion for Summary Judgment is ruled upon, or until the matter can be addressed at the Final Pretrial scheduled for March 2, 2020.

1

Respectfully submitted,

| | |
|---|---|
| */s/ Sarah Gelsomino* | EVE V. BELFANCE |
| SARAH GELSOMINO (0084340) | Director of Law |
| JACQUELINE C. GREENE (0092733) | |
| TERRY H. GILBERT (0021948) | /s/ John Christopher Reece |
| MARCUS SIDOTI (0077476) | John Christopher Reece (0042573) |
| FRIEDMAN & GILBERT | Michael J. Defibaugh (0072683) |
| The Terminal Tower | Assistant Directors of Law |
| 50 Public Square, Suite 1900 | 161 S. High Street, Suite 202 |
| Cleveland, OH 44113-2205 | Akron, Ohio 44308 |
| T: (216) 241-1430 | (330) 375-2030 |
| F: (216) 621-0427 | Fax: (330) 375-2041 |
| sgelsomino@f-glaw.com | E-mails: |
| jgreene@f-glaw.com | JReece@akronohio.gov |
| tgilbert@f-glaw.com | MDefibaugh@akronohio.gov |
| marcus@jordansidoti.com | |
| | *Counsel for Defendants* |
| SYDNEY S. SAFFOLD (0093974) | |
| SAFFOLD LAW, LLC | |
| 1220 West 6th Street, Suite 303 | |
| Cleveland, Ohio 44113 | |
| (216) 622-2700 | |
| (216) 622-2714 (fax) | |
| sydneysaffold@gmail.com | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> */s/ Sarah Gelsomino*
> SARAH GELSOMINO (0084340)
> *Attorney for Plaintiffs*

2