IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LATRENT REDRICK, et al., | ) | Case No. 5:18 CV 02523 |
| Plaintiffs, | ) ) ) | JUDGE JOHN R. ADAMS |
| -vs- | ) ) | |
| CITY OF AKRON, et al., | ) ) | **NOTICE OF APPEARANCE** **OF COUNSEL** |
| Defendants. | ) | |

Now comes Assistant Director of Law Kirsten L. Smith and hereby notifies the Court, Clerk of Courts, all parties, and counsel of her appearance as additional counsel for Defendant John Turnure.

Respectfully submitted,

Eve V. Belfance
Director of Law

/s/ Kirsten L. Smith
Kirsten L. Smith – 0099074
Assistant Director of Law
161 S. High St., Suite 202
Akron, Ohio 44308
(330) 375-2030, (330) 375-2041 (fax)
klsmith@akronohio.gov
*Attorney for Defendant*

1

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed through CM/ECF on February 25, 2022. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kirsten L. Smith
Kirsten L. Smith – No. 0099074
Assistant Director of Law