# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Latrent Redrick, et al., | ) | CASE NO.: 5:18CV2523 |
| | ) | |
| Plaintiffs, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | |
| | ) | |
| City of Akron, Ohio, et al., | ) | |
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties informed this Court that this matter has settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixth (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court will retain jurisdiction over the settlement.

    IT IS SO ORDERED.


DATED: March 14, 2022            /s/ *John R. Adams*
                                                 JUDGE JOHN R. ADAMS
                                                 UNITED STATES DISTRICT COURT